Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−19199−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Doloris D. Johnson
   1039 Greenwood Avenue
   Apt #1
   Trenton, NJ 08609

Social Security No.:
   xxx−xx−9241

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/6/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 6, 2024
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Doloris D. Johnson  
    Debtor

Case No. 23-19199-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Nov 06, 2024      Form ID: 148      Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Doloris D. Johnson, 1039 Greenwood Avenue, Apt #1, Trenton, NJ 08609-2213 |
| 520055149 | + | Credit Union of New Jersey, C/O Peter J. Lisca, LLC., 766 Shrewsbury Avenue, Tinton Falls, NJ 07724-3001 |
| 520055148 | + | Credit Union of New Jersey, C/O Peter J. Liska, LLC, 766 Shrewsbury Lane, Tinton Falls, NJ 07724-3001 |
| 520073632 | + | Credit Union of New Jersey, c/o McKenna DuPont Stone & Washburne, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 520055157 | | Sprint, PO Box 6419, Carol Stream, IL 60197-6419 |
| 520224289 | + | TRENTON WATER WORKS/ CITY OF TRENT, 319 EAST STATE ST., ROOM 113, TRENTON NJ 08608-1809 |
| 520055158 | | Trenton Water Works, 333 Cortland Street, P.O. Box 528, Trenton, NJ 08604-0528 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 06 2024 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 06 2024 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520101506 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 06 2024 20:43:29 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520055143 | + | Email/PDF: bncnotices@becket-lee.com | Nov 06 2024 20:56:22 | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas, TX 75356-5848 |
| 520055144 | + | EDI: AIS.COM | Nov 07 2024 01:26:00 | Capital One Bank (USA), N.A., 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 520055145 | ^ | MEBN | Nov 06 2024 20:37:03 | Citizens Bank, N.A., 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 520055146 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 06 2024 20:42:20 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520114444 | | Email/PDF: bncnotices@becket-lee.com | Nov 06 2024 20:55:59 | FinWise Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 520055150 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 06 2024 20:36:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 520055151 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 06 2024 20:55:35 | LVNV Funding, LLC., Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 520055152 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 06 2024 20:42:49 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 520117923 | | EDI: PRA.COM | Nov 07 2024 01:26:00 | Portfolio Recovery Associates, LLC, c/o Jc Penney Credit Card, POB 41067, Norfolk VA |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 06, 2024 | Form ID: 148 | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520055153 | | EDI: PRA.COM | Nov 07 2024 01:26:00 | Portfolio Recovery Associates, LLC., C/O JC Penny Credit Card, P.O. Box 41067, Norfolk, VA 23541 |
| 520055154 | | EDI: PRA.COM | Nov 07 2024 01:26:00 | Portfolio Recovery Associates, LLC., C/O Old Navy, P.O. Box 41067, Norfolk, VA 23541 |
| 520055155 | ^ | MEBN | Nov 06 2024 20:35:33 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 520055156 | + | EDI: Q3G.COM | Nov 07 2024 01:26:00 | Quantum 3 Group LLC as agent for, Comenity Bank/Ashley Stewart, P.O. Box 788, Kirkland, WA 98083-0788 |
| 520421951 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 06 2024 20:55:02 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603, Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520421950 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 06 2024 20:42:55 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520055159 | + | EDI: VERIZONCOMB.COM | Nov 07 2024 01:26:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 520055160 | + | EDI: AIS.COM | Nov 07 2024 01:26:00 | Verizon by American Infosource as agent, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Credit Union of New Jersey, c/o McKenna DuPont Stone & Washburne, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 520396784 | *+ | Citizens Bank, N.A., 10561 Telegraph Rd, Glen Allen, VA 23059-4577 |
| 520055147 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520118446 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 520055161 | *+ | Verizon by American Infosource as agent, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | |

| | |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com<br><br>docs@russotrustee.com |
| Andrew M. Lubin | on behalf of Creditor Citizens Bank N.A. nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Kevin C. Fayette | on behalf of Debtor Doloris D. Johnson kfayette@kevinfayette.com |
| Michael R. DuPont | on behalf of Creditor Credit Union of New Jersey dupont@redbanklaw.com lori@redbanklaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6